## William C. SHANLEY, Jr., Mary Regis Shanley and Bernard M. Shanley, 2d, as Executors of the Estate of William C. Shanley, Appellants, v. COMMISSIONER OF INTERNAL REVENUE, Appellee.

Circuit Court of Appeals, Second Circuit.
October 15, 1928.

No. 4.

Douglas, Armitage & McCann, of New York City (Paul Armitage, Edward Hollo-

way, and William C. Shanley, Jr., all of New York City, of counsel), for appellants.

Mabel Walker Willebrandt, Asst. Atty. Gen., Sewall Key and Morton P. Fisher, Sp. Asst. Attys. Gen., C. M. Charest, General Counsel, Bureau of Internal Revenue, and Shelby S. Faulkner, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., for appellee.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM. Order of the Board of Tax Appeals affirmed, on the authority of Union Pacific R. Co. v. Bowers, etc. (C. C. A.) 24 F.(2d) 788, certiorari denied October 8, 1928.